FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY EUGENE HARRIS, | NO. CV 09-8251-JFW(E) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS, |
| | CONCLUSIONS AND RECOMMENDATIONS |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

1 |     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 | the Magistrate Judge's Report and Recommendation and the Judgment
3 | herein by United States mail on Petitioner and counsel for Respondent.

5 |     LET JUDGMENT BE ENTERED ACCORDINGLY.

7 | DATED:     12/14/09    .

                    JOHN F. WALTER
                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY EUGENE HARRIS, | ) NO. CV 09-8251-JFW(E) |
| Petitioner, | ) |
| v. | ) REPORT AND RECOMMENDATION OF |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) |

This Report and Recommendation is submitted to the Honorable John F. Walter, United States District Judge, pursuant to 28 U.S.C. section 636 and General Order 05-07 of the United States District Court for the Central District of California.

**BACKGROUND**

Petitioner, a state prisoner, filed a Petition in the United States District Court for the Southern District of California on October 15, 2009. The United States District Court for the Southern

1 District of California transferred the Petition to this Court, which
2 received the Petition on November 12, 2009.

4 The Petition challenges the legality of a 1989 Superior Court
5 conviction. Petitioner challenged the same 1989 conviction in <u>Harris</u>
6 <u>v. Haws</u>, CV 09-3070-JFW(E), a habeas corpus action previously filed in
7 this Court. On July 8, 2009, this Court entered Judgment in the
8 previous action, denying and dismissing the petition without prejudice
9 because Petitioner had not yet presented any of his claims to the
10 California Supreme Court. Although the present Petition bears a
11 California Supreme Court caption, Petitioner still has never filed any
12 petition in that Court. <u>See</u> http://appellatecases.courtinfo.ca.gov/.

**DISCUSSION**

16 A federal court will not grant a state prisoner's petition for
17 writ of habeas corpus unless it appears that the prisoner has
18 exhausted available state remedies. 28 U.S.C. § 2254(b) - (c); <u>Reese</u>
19 <u>v. Baldwin</u>, 541 U.S. 27, 29 (2004); <u>O'Sullivan v. Boerckel</u>, 526 U.S.
20 838, 842 (1999). Petitioner has the burden of demonstrating he has
21 exhausted available state remedies. <u>Lambert v. Blackwell</u>, 134 F.3d
22 506, 513 (3d Cir. 1997), <u>cert. denied</u>, 532 U.S. 919 (2001); <u>Matthews</u>
23 <u>v. Evatt</u>, 105 F.3d 907, 911 (4th Cir.), <u>cert. denied</u>, 522 U.S. 833
24 (1997); <u>Parra v. San Jose City</u>, 2003 WL 22384775, at *1 (N.D. Cal.,
25 Oct. 8, 2003).

27 State remedies have not been exhausted unless and until the
28 petitioner's federal claims have been fairly presented to the state's

1  highest court. See Castille v. Peoples, 489 U.S. 346, 350-51 (1989);
2  James v. Borg, 24 F.3d 20, 24 (9th Cir.), cert. denied, 513 U.S. 935
3  (1994). A claim has not been fairly presented unless the petitioner
4  has described in the state court proceedings both the operative facts
5  and the federal legal theory on which his claim is based. Duncan v.
6  Henry, 513 U.S. 364, 365-66 (1995).
7
8  None of Petitioner's claims are exhausted. See Carothers v.
9  Rhay, 594 F.2d 225, 228 (9th Cir. 1979) ("[s]tate remedies have not
10 been exhausted unless . . . the highest state court has disposed of
11 the claim on the merits"). Accordingly, this Court should not reach
12 the merits of Petitioner's claims. See Rose v. Lundy, 455 U.S. 509,
13 522 (1982).[1]
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///

---

[1] In Rhines v. Weber, 544 U.S. 269, 277-78 (2005), the United States Supreme Court held that, in "limited circumstances," a district court has discretion to stay and hold in abeyance a mixed habeas corpus petition pending exhaustion of state remedies. Rhines v. Weber has no applicability to a completely unexhausted petition such as the present Petition. See Rasberry v. Garcia, 448 F.3d 1150, 1154 (9th Cir. 2006).

**RECOMMENDATION**

For the reasons discussed above, IT IS RECOMMENDED that the Court issue an Order: (1) approving and adopting this Report and Recommendation; and (2) denying and dismissing the Petition without prejudice.

DATED: November 13, 2009.


_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number. No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.

If the District Judge enters judgment adverse to Petitioner, the District Judge will, at the same time, issue or deny a certificate of appealability. Within twenty (20) days of the filing of this Report and Recommendation, the parties may file written arguments regarding whether a certificate of appealability should issue.