**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY EUGENE HARRIS, | NO. CV 09-8251-JFW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 12/14/09

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE